UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 17-cv-61617-BB

JOSE MEJIA, an individual, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

UBER TECHNOLOGIES, INC., a Delaware corporation,

    Defendant.

**DECLARATION OF ELIZABETH LEE BECK, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Elizabeth Lee Beck, hereby declares and states:

    1.    I am an adult over the age of 18 and a citizen of the State of Florida and a resident of Miami-Dade County.  The information set forth below is true and correct as of my own personal knowledge and if asked to testify thereto, I would do so competently.

    2.    I am counsel for the Plaintiff Jose Mejia ("Mr. Mejia" or "Plaintiff") in this case.

    3.    I submit the following in support of Plaintiff's opposition to Defendant's motion to compel arbitration of Plaintiff's claims.

    4.    The Third District Court of Appeals for the State of Florida, siding with  Rasier LLC d/b/a Uber, held on February 1, 2017 that Uber drivers are indeed "independent contractors" and not "employees" entitled to unemployment insurance.  The opinion is attached hereto as **Exhibit A**.

5. Attached hereto as **Exhibit B** is Fla. Stat. § 790.06, also known as the Jack Hagler Self Defense Act.

6. Attached hereto as **Exhibit C** is Fla. Stat. § 790.251, also known as the Preservation and Protection of the Right to Keep and Bear Arms in Motor Vehicles Act of 2008.

7. Attached hereto as **Exhibit D** is a page from Uber's website, titled "Firearms Prohibition Policy," accessed on October 25, 2017.

8. Upon review of Uber's website, there is nothing that indicates that Mr. Mejia would be excluded from Uber's Firearms Prohibition Policy, or any indication that Uber's Firearms Prohibition Policy is not nationwide in scope and application.

9. Attached as **Exhibit E** is an email I received on September 20, 2017 from Brandon T. White, counsel for Uber, confirming that the arbitration fees "are split" by the parties.

I declare under the penalty of perjury under the laws of the state of Florida that the foregoing is true and correct.

Executed at Miami, Florida this 25th day of October 2017.

/s/ Elizabeth Lee Beck
Elizabeth Lee Beck