UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 17-cv-61617-BB

JOSE MEJIA, an individual, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

UBER TECHNOLOGIES, INC., a Delaware corporation,

    Defendant.

## REQUEST FOR CLERK TO APPOINT MEDIATOR

Plaintiff hereby requests that the Clerk designate a mediator from the list of certified mediators on a blind, random basis.  *See* Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [D.E. 19]; Local Rule 16.2(d).

*~signature page follows~*

2

DATED: October 27, 2017

RESPECTFULLY SUBMITTED,

/s/ Elizabeth Lee Beck
By: Elizabeth Lee Beck

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
BEVERLY VIRUES
Florida Bar No. 123713
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:     (305) 234-2060
Facsimile:     (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com
beverly@beckandlee.com

**ANTONINO G. HERNANDEZ, P.A.**
ANTONINO G. HERNANDEZ
Florida Bar No. 164828
4 SE 1st St., 2nd Floor
Miami, Florida 33131
Telephone:     (305) 282-3698
Facsimile:     (786) 513-7748
hern8491@bellsouth.net

*Attorneys for Plaintiff and the Class*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 27th of October 2017.

By: /s/ Elizabeth Lee Beck
Elizabeth Lee Beck